1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW J. BRIGGS (CABN 294224)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        andrew.briggs@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,              ) NO. CR 19-415 HSG
                                           )
14          Plaintiff,                     ) STIPULATION TO EXCLUDE TIME FROM
                                           ) OCTOBER 21, 2019 THROUGH NOVEMBER 18,
15      v.                                 ) 2019 AND ORDER
                                           )
16  DARRYL HICKS,                          )
         a/k/a Darryl Hicks, Jr.,          )
17       a/k/a Eric Bates,                 )
                                           )
18          Defendant.                     )
                                           )

19

20       It is hereby stipulated by and between counsel for the United States and counsel for the

21  defendant Darryl Hicks, that time be excluded under the Speedy Trial Act from October 21, 2019

22  through November 18, 2019.

23       At the status conference held on October 21, 2019, the government and counsel for the defendant

24  agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to

25  prepare, including by conducting additional investigation and conferring with the defendant. For this

26  reason and as further stated on the record at the status conference, the parties stipulate and agree that

27  excluding time until November 18, 2019 will allow for the effective preparation of counsel. *See* 18

28  U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. CR 19-415 HSG                                                                    v. 7/10/2018

excluding the time from October 21, 2019 through November 18, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 22, 2019

       /s/
ANDREW J. BRIGGS
Special Assistant United States Attorney

DATED: October 22, 2019

       /s/
GRAHAM ARCHER
Counsel for Defendant Darryl Hicks

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on October 21, 2019 and for good cause shown, the Court finds that failing to exclude the time from October 21, 2019 through November 18, 2019 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 21, 2019 to November 18, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 21, 2019 through November 18, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 10/23/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge